UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                    Chapter 7

Kenneth G. Hauser                                              Case No. 805-87927-511

             Debtor
-----------------------------------------------------------X
Marc A. Pergament, Chapter 7 Trustee               Adv. Pro. No. 806-08058-511
of the Estate of Kenneth G. Hauser


                Plaintiff               **<u>ANSWER</u>**

    -against-

Lorraine Hauser


                Defendant
-----------------------------------------------------------X

       Defendant by her attorney, **John P. Oliver, Esq.,** answering the complaint of the

plaintiff, respectfully alleges as follows:

       **<u>First:</u>**        Denies each and every allegation contained in paragraphs numbered,

"10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", and

"24" of Plaintiff's complaint.

       **WHEREFORE,** Defendant respectfully requests that this Court enter an Order

   1.  Denying Plaintiff's action in its entirety

   2.  An order awarding Defendant its attorney's fees and costs incurred herein; and

3.  An order awarding Defendant such additional relief as this Court deems just

and equitable.

Dated:  Port Jefferson, N.Y.
           Feb. 14, 2006

Yours, etc.

/s/ John P. Oliver, Esq.
**John P. Oliver, Esq. (JO2532)**
Attorney for Defendant
**414 Main Street - Suite 201**
**Port Jefferson, N.Y. 11777**
**(631) 928-8600**

## AFFIDAVIT OF SERVICE

**State of New York)**
**County of Suffolk)  s.s:**


      **John P. Oliver,** being duly sworn, deposes and says:

      That your deponent is not a party to the action, is over 18 years of age and resides at Port Jefferson, New York.

      That on the 15th day of February., 2006, I served the within ANSWER and supporting documents by depositing a true copy of same enclosed in a postpaid addressed wrapper, in a post office depository under the exclusive care and custody of the United Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:


Marc A. Pergament, Esq.      United States Trustee
Trustee      United States Bankruptcy Court
Weinberg, Gross & Pergament, LLP      290 Federal Plaza
400 Garden City Plaza-Suite 403      Central Islip, N.Y. 11722
Garden City, N.Y. 11530


      __/s/_____
      **John P. Oliver (JO22532)**


**Sworn to before me this**
**15th day of February, 2006**


      **S/**
**Notary Public**