UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                          Chapter 7

Kenneth G. Hauser,                              Case No. 805-87927-511

            Debtor.
------------------------------------------------------------X

Marc A. Pergament, Chapter 7 Trustee
of the Estate of Kenneth G. Hauser,             Adv. Pro. No. 806-08058-511

            Plaintiff,                          STIPULATION OF
                                                DISCONTINUANCE
        -against-                               WITHOUT PREJUDICE

Lorraine Hauser,

            Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for all of the parties to the above-entitled action, that, whereas no party

hereto is an infant or an incompetent person for whom a committee has been appointed and no

person not a party has an interest in the subject matter of the action, the within action be, and the

same hereby is discontinued without prejudice and without costs to either party as against the other.

Dated: Garden City, New York
        September 25, 2006

                            Weinberg, Gross & Pergament LLP
                            Attorneys for Plaintiff-Trustee

                    By:    _____
                            Marc A. Pergament
                            400 Garden City Plaza, Suite 403
                            Garden City, New York 11530
                            (516) 877-2424

                            _____
                            John P. Oliver, Esq.
                            Attorney for the Defendant
                            414 Main Street - Suite 201
                            Port Jefferson, New York 11777
                            (631) 928-8600